UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AHMED DRAKE ET AL.,

                                Petitioner,                    JUDGMENT
     v.                                                               19-MC-2420 (LDH)

BRUCE ROSE, *CEO of Carrington Mortgage Services LLC*, DAVE GORDON, *CFO of Carrington Mortgage Services LLC*,
SUSAN E. SKERRITT, *CEO of Deutsche Bank National Trust Co. Et Al*, and ERIC SMITH, *CFO of Deutsche Bank National Trust Co. Et Al,*

                              Respondents.
---------------------------------------------------------------X

        A Decision and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on April 7, 2022, denying the petitioner's motion; dismissing his case; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that the petitioner's motion is denied; that his case is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  Brooklyn, New York                                         Brenna B. Mahoney
           April 8, 2022                                             Clerk of Court

                                                                       By:    /s/Jalitza Poveda
                                                                                  Deputy Clerk